NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**BLEPHEX, LLC,**
*Plaintiff-Appellant*

**v.**

**PAIN POINT MEDICAL SYSTEMS, INC., DBA MIBO
MEDICAL GROUP, INC.,**
*Defendant-Appellee*

———————————

2020-1187

———————————

Appeal from the United States District Court for the
Northern District of Texas in No. 3:16-cv-00410-N, Judge
David C. Godbey.

———————————

**JUDGMENT**

———————————

NATHAN K. KELLEY, Perkins Coie, LLP, Washington,
DC, argued for plaintiff-appellant. Also represented by
DAN L. BAGATELL, Hanover, NH; ANDREW DUFRESNE, Madison, WI.

JASON BLACKSTONE, Yarbrough Blackstone, Dallas,
TX, argued for defendant-appellee.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 2, 2020          /s/ Peter R. Marksteiner
      Date                    Peter R. Marksteiner
                                  Clerk of Court